```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   CASE NO. 1:11-cr-00113 AWI
                                 )
11          Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE AND PROPOSED ORDER
12      v.                       )
                                 )
13  ANDY YUNG KWONG CHAN, ET AL.,)
                                 )   DATE: March 26, 2012
14          Defendants.           )   TIME: 1:30 P.M.
                                 )   PLACE: Courtroom Two
15                               )   Honorable Anthony W. Ishii
    _____)
16
```

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that the current status conference set for January 23, 2012, at 9:00 a.m., be continued to March 26, 2012, at 1:30 p.m., before the Honorable Anthony W. Ishii, United States District Court Judge.

The parties further stipulate and agree that the time between January 23, 2012, and March 26, 2012 be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).

1

Specifically, plea offers have been provided and plea negotiations continue to be ongoing. Additionally, counsel for defendant Huang is getting ready to start a four week trial and the preparation has been particularly time consuming. The parties are requesting an afternoon setting because defense counsel are traveling from San Diego, Modesto, and the Bay Area. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

DATED: January 18, 2012  
BENJAMIN B. WAGNER  
United States Attorney  

By /s/Laurel J. Montoya  
LAUREL J. MONTOYA  
Assistant U.S. Attorney  

DATED: January 18, 2012  
/S/ Alonzo J. Gradford  
ALONZO J. GRADFORD  
Attorney for Defendant  
Andy Yung Kwong Chan  

DATED: January 18, 2012  
/s/ Seth P. Chazin  
SETH P. CHAZIN  
Attorney for Defendant  
John Zhong Xian Huang  

DATED: January 18, 2012  
/s/ George Siddell  
GEORGE SIDDELL  
Attorney for Defendant  
Chiu Chuen Lau  

DATED: January 18, 2012  
/s/ Doron Weinberg  
DORON WEINBERG  
Attorney for Defendant  
Tony Chao Fan Luo  

DATED: January 18, 2012  
/s/ Kirk McAllister  
KIRK MCALLISTER  
Attorney for Defendant

```
                                        Michael Chau

DATED: January 18, 2012                 /s/ Harris B. Taback
                                        HARRIS B. TABACK
                                        Attorney for Defendant
                                        Yao Ming Yu
```

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of January 23, 2012, at 9:00 a.m. be continued to March 26, 2012, at 1:30 P.M. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: ____January 18, 2012____         _____
                                        CHIEF UNITED STATES DISTRICT JUDGE