```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                     EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   CASE NO. 1:11-cr-00113 AWI
                                 )
11          Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                 )   CONFERENCE AND ORDER
12       v.                      )
                                 )
13  ANDY YUNG KWONG CHAN, ET AL., )
                                 )   DATE: May 21, 2012
14          Defendants.           )   TIME: 1:30 P.M.
                                 )   PLACE: Courtroom Two
15                               )   Honorable Anthony W. Ishii
    _____ )
16
```

17       IT IS HEREBY STIPULATED by and between the parties through

18  their respective counsel, that the current status conference set

19  for March 26, 2012, at 1:30 p.m., be continued to May 21, 2012, at

20  1:30 p.m., before the Honorable Anthony W. Ishii, United States

21  District Court Judge.

22       The parties further stipulate and agree that the time between

23  March 26, 2012, and May 21, 2012 be excluded from the calculation

24  of time under the Speedy Trial Act.  The parties stipulate that

25  the ends of justice are served by the Court excluding such time,

26  so that counsel for the defendant may have time necessary for

27  effective preparation, taking into account the exercise of due

28  diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, plea

                                    1

offers have been provided and plea negotiations continue to be ongoing.  Additionally, counsel for defendant Huang just completed a four week trial which was particularly time consuming.  The time dedicated to the trial preparation and the trial itself prevented adequate preparation for the matter before this court.  Further, counsel recently, March 21, 2012, expressed concern that perhaps all discovery had not been provided.  While the government believes that all discovery has been provided, the government needs additional time to address this with the parties.  The parties are requesting an afternoon setting because defense counsel are traveling from San Diego, Modesto, and the Bay Area. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: March 22, 2012  BENJAMIN B. WAGNER
United States Attorney

By /s/Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

DATED: March 22, 2012  /S/ Alonzo J. Gradford
ALONZO J. GRADFORD
Attorney for Defendant
Andy Yung Kwong Chan

DATED: March 22, 2012  /s/ Seth P. Chazin
SETH P. CHAZIN
Attorney for Defendant
John Zhong Xian Huang

//
//
//

| | | |
|---|---|---|
| DATED: March 22, 2012 | | /s/ George Siddell |
| | | GEORGE SIDDELL |
| | | Attorney for Defendant |
| | | Chiu Chuen Lau |

DATED: March 22, 2012                /s/ Doron Weinberg
                                     DORON WEINBERG
                                     Attorney for Defendant
                                     Tony Chao Fan Luo

DATED: March 22, 2012                /s/ Kirk McAllister
                                     KIRK MCALLISTER
                                     Attorney for Defendant
                                     Michael Chau

DATED: March 22, 2012                /s/ Harris B. Taback
                                     HARRIS B. TABACK
                                     Attorney for Defendant
                                     Yao Ming Yu

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of March 26, 2012, at 1:30 P.M. be continued to May 21, 2012, at 1:30 P.M. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:      March 22, 2012           _____
                                     CHIEF UNITED STATES DISTRICT JUDGE