```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                EASTERN DISTRICT OF CALIFORNIA
10  UNITED STATES OF AMERICA,   )   CASE NO. 1:11-cr-00113 AWI
                                )
11          Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                )   CONFERENCE AND ORDER
12       v.                      )
                                )
13  ANDY YUNG KWONG CHAN, ET AL.,)
                                )   DATE: July 16, 2012
14          Defendants.          )   TIME: 1:30 P.M.
                                )   PLACE: Courtroom Two
15                              )   Honorable Anthony W. Ishii
    _____ )
16
```

17      IT IS HEREBY STIPULATED by and between the parties through

18  their respective counsel, that the current status conference set

19  for June 18, 2012, at 1:30 p.m., be continued to July 16, 2012, at

20  1:30 p.m., before the Honorable Anthony W. Ishii, United States

21  District Court Judge.

22      The parties further stipulate and agree that the time between

23  June 18, 2012, and July 16, 2012 be excluded from the calculation

24  of time under the Speedy Trial Act.  The parties stipulate that

25  the ends of justice are served by the Court excluding such time,

26  so that counsel for the defendant may have time necessary for

27  effective preparation, taking into account the exercise of due

28  diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).  Specifically, the

parties continue to be actively involved in plea negotiations that will likely result in the settlement of one or more of the defendants. Several of the defendants have within the last week requested plea agreements to consider based on the ongoing negotiations and additional time is needed for preparation and consideration.

The parties are requesting an afternoon setting because defense counsel are traveling from San Diego, Modesto, and the Bay Area. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

DATED: June 14, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By /s/Laurel J. Montoya
　　　　　　　　　　　　　　　　　　　LAUREL J. MONTOYA
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


DATED: June 14, 2012　　　　　　　　/S/ Alonzo J. Gradford
　　　　　　　　　　　　　　　　　　ALONZO J. GRADFORD
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Andy Yung Kwong Chan

DATED: June 14, 2012　　　　　　　　/s/ Seth P. Chazin
　　　　　　　　　　　　　　　　　　SETH P. CHAZIN
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　John Zhong Xian Huang

DATED: June 14, 2012　　　　　　　　/s/ George Siddell
　　　　　　　　　　　　　　　　　　GEORGE SIDDELL
　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　Chiu Chuen Lau

//

//

//

| | | |
|---|---|---|
| DATED: June 14, 2012 | | /s/ Doron Weinberg |
| | | DORON WEINBERG |
| | | Attorney for Defendant |
| | | Tony Chao Fan Luo |
| | | |
| DATED: June 14, 2012 | | /s/ Kirk McAllister |
| | | KIRK MCALLISTER |
| | | Attorney for Defendant |
| | | Michael Chau |
| | | |
| DATED: May 17, 2012 | | /s/ Harris B. Taback |
| | | HARRIS B. TABACK |
| | | Attorney for Defendant |
| | | Yao Ming Yu |

**ORDER**

IT IS HEREBY ORDERED, that the Status Conference hearing of June 18, 2012, at 1:30 P.M. be continued to July 16, 2012, at 1:30 P.M. Time shall be excluded to and through that date. For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the ends of justice outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE